IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-00711-PAB-BNB

DEBRA KAY DEVOE,

Plaintiff,

v.

MARK BROADDUS, in his individual capacity as Warden,
SUSAN ROBERTS, in her individual capacity as PA/NP/RD,
JENNIFER COUNTRYMAN, in her individual capacity as PA/NP/RD,
YVETTE MARTINEZ-HOCHBE, M.D.,l in her individual capacity as physician,
SERGEANT CHERIE SANCHEZ, in her individual capacity,
SERGEANT TOU LO, in his individual capacity,
PATRICK POLLEY, in his individual capacity,
ABEL RAZO, in his individual capacity,
ROXANNE BARCA, in her individual capacity,
MUSHAFAU KUKOYI, in his individual capacity,
DANTE BLANTON, in his individual capacity,
PAMELA DANIELLE, in her individual capacity,
DANIEL SULLIVAN, in her individual capacity, and
CHANTAY BANKS, in her individual capacity,

Defendants.

_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

        This matter is before the Court on the **Motion for Order** [docket no. 55, filed
October 19, 2009] (the "Motion").  This particular Motion appears to be duplicative of docket
no. 52, which will be heard at the hearing set for Tuesday, October 27, 2009.

        IT IS ORDERED that this Motion (docket no. 55) is DENIED AS MOOT, and the first
Motion, docket no. 52, is still pending.


DATED:  October 21, 2009