IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 09-cv-00711-PAB-BNB

DEBRA KAY DEVOE,

Plaintiff,

v.

MARK BROADDUS, in his individual capacity as Warden,
SUSAN ROBERTS, in her individual capacity as PA/NP/RD,
JENNIFER COUNTRYMAN, in her individual capacity as PA/NP/RD,
YVETTE MARTINEZ-HOCHBE, M.D.,l in her individual capacity as physician,
SERGEANT CHERIE SANCHEZ, in her individual capacity,
SERGEANT TOU LO, in his individual capacity,
PATRICK POLLEY, in his individual capacity,
ABEL RAZO, in his individual capacity,
ROXANNE BARCA, in her individual capacity,
MUSHAFAU KUKOYI, in his individual capacity,
DANTE BLANTON, in his individual capacity,
PAMELA DANIELLE, in her individual capacity,
DANIEL SULLIVAN, in her individual capacity, and
CHANTAY BANKS, in her individual capacity,

Defendants.
_____

**ORDER**
_____

This matter arises on the following:

(1)     **Plaintiff's Unopposed Motion to Allow Inmate Depositions Pursuant to Fed. R. Civ. P. 30(a)(2)** [Doc. # 65, filed 11/3/2009] (the "Motion for Inmate Depositions");

(2)     The **Unopposed Motion to Amend Complaint** [Doc. # 39, filed 9/30/2009] (the "First Motion to Amend");

(3)     The **Second Unopposed Motion to Amend Complaint** [Doc. # 59, filed 10/22/2009] (the "Second Motion to Amend");

(4)     A letter from Susan Robert requesting legal representation, which I construe as a motion to appoint volunteer counsel [Doc. # 52, filed 10/16/2009] (the "Motion for Counsel"); and

(5)     Plaintiff's **Motion to Compel Discovery** [Doc. # 48, filed 10/15/2009] (the "Motion to Compel").

I held a hearing on the motions this afternoon and made rulings on the record, which are incorporated here. In summary and for the reasons stated on the record:

IT IS ORDERED that the Motion for Inmate Depositions is GRANTED.

IT IS FURTHER ORDERED that the First Motion to Amend is DENIED as moot.

IT IS FURTHER ORDERED that the Second Motion to Amend is GRANTED. The Clerk of the Court is directed to accept for filing the Second Amended Complaint and Jury Demand [Doc. # 59-4].

IT IS FURTHER ORDERED that the Motion for Counsel is DENIED.

IT IS FURTHER ORDERED that the Motion to Compel is DENIED.

Dated November 5, 2009.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge