IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 09-cv-00711-PAB-BNB

DEBRA KAY DEVOE,

Plaintiff,

v.

MARK BROADDUS, in his individual capacity as Warden,
SUSAN ROBERTS, in her individual capacity as PA/NP/RD,
SERGEANT CHERIE SANCHEZ, in her individual capacity,
SERGEANT TOU LO, in his individual capacity,
PATRICK POLLEY, in his individual capacity,
ABEL RAZO, in his individual capacity,
ROXANNE BARCA, in her individual capacity,
MUSHAFAU KUKOYI, in his individual capacity,
DANTE BLANTON, in his individual capacity,
PAMELA DANIELLE, in her individual capacity,
DANIEL SULLIVAN, in her individual capacity,
CHANTAY BANKS, in her individual capacity,
PER DIEM MEDICAL STAFFING, INC.,
DANIEL PETERSEN, R.N., in his individual capacity,
JENNIFER COUNTRYMAN-TRUJILLO, in her individual capacity as RN, and
YVETTE MARTINEZ-HOCHBERG, M.D., in her individual capacity as Physician,

Defendants.

_____

**ORDER**
_____

This matter arises on the **Third Unopposed Motion to Amend Complaint** [Doc. # 74,

filed 11/10/2009] (the "Third Motion to Amend").

IT IS ORDERED that the Third Motion to Amend is GRANTED.  The Clerk of the Court

is directed to accept for filing the Third Amended Complaint and Jury Demand [Doc. # 74-3].

Dated November 13, 2009.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge