IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-00711-PAB-BNB

DEBRA KAY DEVOE,

Plaintiff,

v.

MARK BROADDUS, in his individual capacity as Warden,
SUSAN ROBERTS, in her individual capacity as PA/NP/RD,
SERGEANT CHERIE SANCHEZ, in her individual capacity,
SERGEANT TOU LO, in his individual capacity,
PATRICK POLLEY, in his individual capacity,
ABEL RAZO, in his individual capacity,
ROXANNE BARCA, in her individual capacity,
MUSHAFAU KUKOYI, in his individual capacity,
DANTE BLANTON, in his individual capacity,
PAMELA DANIELLE, in her individual capacity,
DANIEL SULLIVAN, in her individual capacity,
CHANTAY BANKS, in her individual capacity,
PER DIEM MEDICAL STAFFING, INC.,
DANIEL PETERSEN, R.N., in his individual capacity,
JENNIFER COUNTRYMAN-TRUJILLO, in her individual capacity as RN,
YVETTE MARTINEZ-HOCHBERG, M.D., in her individual capacity as Physician, and
SUPPLEMENTAL HEALTH CARE SERVICES LIMITED INC., d/b/a Supplemental Health Care,

Defendants.

---

## MINUTE ORDER

---

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

     Pursuant to plaintiff's filing of her response [docket no. 131] to the defendants' Motion for Preservation Deposition [docket no. 127],

     IT IS ORDERED that the **Defendants Daniel Petersen, R.N.'s and Supplemental Health Care's Motion for Preservation Deposition of Plaintiff** [docket no. 127, filed February 25, 2010] is DENIED AS MOOT, and the hearing set for **March 16, 2010**, is VACATED.

DATED: March 12, 2010