IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Philip A. Brimmer

Civil Action No. 09-cv-00711-PAB-BNB

DEBRA KAY DEVOE,

    Plaintiff,

v.

MARK BROADDUS, in his individual capacity as Warden,
SUSAN ROBERTS, in her individual capacity as CNM, NP,
SERGEANT CHERIE SANCHEZ, in her individual capacity,
SERGEANT TOU LO, in his individual capacity,
PATRICK POLLEY, in his individual capacity,
ABEL RAZO, in his individual capacity,
ROXANNE BARCA, in her individual capacity,
MUSHAFAU KUKOYI, in his individual capacity,
DANTE BLANTON, in his individual capacity,
PAMELA DANIELLE, in her individual capacity,
DANIEL SULLIVAN, in his individual capacity,
CHANTAY BANKS, in her individual capacity,
PER DIEM MEDICAL STAFFING, INC.,
DANIEL PETERSEN, R.N., in his individual capacity, and
SUPPLEMENTAL HEALTH CARE SERVICES LIMITED INC., d/b/a Supplemental Health Care,

    Defendants.
_____

## ORDER OF DISMISSAL WITH PREJUDICE
## AS TO DEFENDANTS SUSAN ROBERTS AND
## PER DIEM MEDICAL STAFFING, INC.
_____

    THIS MATTER comes before the Court upon the Stipulation for Dismissal of Defendants Susan Roberts and Per Diem Medical Staffing, Inc. With Prejudice [Docket No. 135]. The Court has reviewed the pleading and is fully advised in the premises. It is

**ORDERED** that, pursuant to Fed. R. Civ. P. 41(a), all claims asserted against defendants Susan Roberts and Per Diem Medical Staffing, Inc. are dismissed with prejudice, with each party to bear its own attorneys' fees and costs.

DATED April 12, 2010.

BY THE COURT:

s/Philip A. Brimmer
PHILIP A. BRIMMER
United States District Judge