IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Philip A. Brimmer

Civil Action No. 09-cv-00711-PAB-BNB

DEBRA KAY DEVOE,

    Plaintiff,

v.

MARK BROADDUS, in his individual capacity as Warden,
SERGEANT CHERIE SANCHEZ, in her individual capacity,
SERGEANT TOU LO, in his individual capacity,
PATRICK POLLEY, in his individual capacity,
ABEL RAZO, in his individual capacity,
ROXANNE BARCA, in her individual capacity,
MUSHAFAU KUKOYI, in his individual capacity,
DANTE BLANTON, in his individual capacity,
PAMELA DANIELLE, in her individual capacity,
DANIEL SULLIVAN, in his individual capacity,
CHANTAY BANKS, in her individual capacity,
DANIEL PETERSEN, R.N., in his individual capacity, and
SUPPLEMENTAL HEALTH CARE SERVICES LIMITED INC., d/b/a Supplemental Health Care,

    Defendants.
_____

### ORDER OF DISMISSAL WITH PREJUDICE
### AS TO DEFENDANTS DANIEL PETERSEN, R.N. AND
### SUPPLEMENTAL HEALTH CARE SERVICES LIMITED, INC.
_____

THIS MATTER comes before the Court upon the Stipulated Motion to Dismiss With Prejudice [Docket No. 136]. The Court has reviewed the pleading and is fully advised in the premises. It is

**ORDERED** that, pursuant to Fed. R. Civ. P. 41(a), all claims asserted against defendants Daniel Petersen, R.N. and Supplemental Health Care Services Limited, Inc.,

d/b/a Supplemental Health Care, are dismissed with prejudice, with each party to bear its own attorneys' fees and costs.

DATED April 13, 2010.

BY THE COURT:

s/Philip A. Brimmer
PHILIP A. BRIMMER
United States District Judge